**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TOMAS ROMANO,  24-cv-00999 (ARR)(SIL)

        Plaintiff, **CERTIFICATE OF SERVICE**

-against-

BAGEL & DELI CREATION NEW YORK LLC, and NEIL PATEL,

        Defendants.
-----------------------------------------------------------X

I hereby certify that on the 1st Day of November 2024, I caused a true and accurate copy of Hon. Judge Steven I. Locke's **Report and Recommendation, dated November 1, 2024** to be served upon Defendants via USPS First Class Mail by depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York in a prepaid, properly addressed envelope pursuant to Fed. R. Civ. P. 5(b)(2)(C) as follows:

| Bagel & Deli Creation New York LLC | Neil Patel |
|---|---|
| 669 Route 109 | 669 Route 109 |
| West Babylon, NY 11704 | West Babylon, NY 11704 |

_____
Victoria Spagnolo, Esq.
THE NHG LAW GROUP, P.C.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel. 516.228.5100
vspagnolo@nhglaw.com

1